IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01729-ZLW-BNB

CHARLES PATRICK DILL,

Applicant,

v.

UNITED STATES PAROLE COMMISSION,

Respondent.
_____

**ORDER**
_____

This matter is before me on the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 By a Person In State Custody (the "Application"), filed September 30, 2005, by Charles Patrick Dill (the "petitioner"). The petitioner asserts that the United States Parole Commission committed a procedural error by extending the full-term date of his sentence from March 2007 to December 2007.

The respondent contends that the full-term date of a sentence is calculated by the Bureau of Prisons ("BOP"), not the Parole Commission, *Response to Order to Show Cause Objecting to Application for Writ of Habeas Corpus* (the "Response"), p. 7; and that the BOP correctly calculated the full-term date of the petitioner's sentence. Id. at pp. 7-10. Although the respondent has submitted numerous documents concerning the full-term date of the petitioner's sentence, there is no evidence concerning who calculated the sentence, how it was calculated, and whether the calculation is correct. Accordingly,

IT IS ORDERED that an evidentiary hearing to establish the full-term date of the petitioner's sentence is set for **April 27, 2006, at 8:30 a.m.**, in Courtroom A401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall provide to the Court, by **April 20, 2006**, proposed witness lists, exhibit lists, the original and two copies of all exhibits, and hearing briefs, if necessary.

IT IS FURTHER ORDERED that the petitioner shall appear by video conference.  The petitioner's Case Manager is to make appropriate arrangements.  A copy of this Order is to be mailed to:

> CASE MANAGER
> FOR CHARLES DILL #17226-080
> F.D.C. ENGLEWOOD
> 9595 WEST QUINCY AVENUE
> LITTLETON, CO 80123

Dated March 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge